UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MICHAEL RICHARDSON**<br>LA. DOC #336164 | **CIVIL ACTION NO. 14-0828** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **ERIC GIVEN, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**MONROE, LOUISIANA,** this 30th day of May, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE